# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LESLIE ADAMS

VERSUS

CAPTAIN THOMAS STERLING AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PENTENTIARY

NO.  2021 CW 0344

**APRIL 26, 2021**

In Re:     Captain Thomas Sterling and the State of Louisiana, through the Department of Public Safety and Corrections, Louisiana State Penitentiary, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23911.

**BEFORE:   GUIDRY, THERIOT, AND LANIER, JJ.**

**WRIT GRANTED.**  La. R.S. 15:1186(B)(2)(a) provides, "[t]he order granting a prisoner's request to proceed in forma pauperis automatically stays all proceedings, including any service of process, until all costs of court or fees due the clerk by the prisoner in [the] matter are paid."  The district court recognized the service requested by plaintiff, Leslie Adams, was improper.  Accordingly, the portion of the district court's January 28, 2021 order declaring the plaintiff's service to be "ineffective as being procedurally premature" is vacated, and the motion to rescind service filed by the defendants, Captain Thomas Sterling and the State of Louisiana through Louisiana Department of Public Safety and Corrections, Louisiana State Penitentiary, is granted and said service is rescinded, vacated, and set aside as null *ab initio*.

JMG
MRT
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT